# Court of Appeals, State of Michigan

## ORDER

People of MI v Lawrence Mark Matthews

Docket No.    325762

LC No.    13-001535-FC

Mark T. Boonstra
Presiding Judge

Kurtis T. Wilder

Patrick M. Meter
Judges

---

The Court orders that the April 12, 2016 opinion is hereby AMENDED to correct a clerical error. The name Brandon George is amended to read Brandon Charles in the last paragraph of page two.

In all other respects, the April 12, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 14 2016
_____
Date

_____
Chief Clerk